## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 21st day of September, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA U.S. MAIL

AGOVINO & ASSELTA, LLP
David A. Loglisci, Esquire (DL-2010)
Defendant, Pro Se
170 Old Country Road, Suite 608
Mineola, NY  11501

_____
Mary E. Augustine (No. 4477)

600444v1